In the Matter of BOARD OF EDUCATION OF THE EAST MEADOW UNION FREE SCHOOL DISTRICT, EAST MEADOW, NEW YORK, et al., Appellants, v EAST MEADOW TEACHERS ASSOCIATION et al., Respondents.

Submitted July 14, 2008; decided September 16, 2008

Motion, insofar as it seeks leave to appeal against East Meadow Teachers Association, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of BRITTNY MM., a Person in Need of Supervision. MICHELE CLARK, as Probation Officer of the Columbia County Probation Department, Respondent; BRITTNY MM., Appellant.

Submitted September 8, 2008; decided September 16, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ALAN CHERNOW, Respondent, v HEMAN CHERNOW, Appellant.

Submitted June 30, 2008; decided September 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.